O-send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 07-1118 MMM |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Felix Adrian Merentes-Gutierrez ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>CD Cal</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>no current background, ties to community</u>

1. _history of non-compliance_
2. 
3. 
4. and/or
5. B. (✓) The defendant has not met his/her burden of establishing by
6. clear and convincing evidence that he/she is not likely to pose
7. a danger to the safety of any other person or the community if
8. released under 18 U.S.C. § 3142(b) or (c). This finding is based
9. on: _nature of alleged violations/drug use;_
10. _prior criminal history_
11. 
12. 
13. 
14. IT THEREFORE IS ORDERED that the defendant be detained pending
15. the further revocation proceedings.
16. 
17. Dated: 7/30/14
18. 
19. _[signature]_
20. UNITES STATES MAGISTRATE JUDGE